IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMES LEE BALLARD,**

   *Plaintiff*,

v.                                               Case No.: 4:22cv445-MW/MAF

**STATE OF FLORIDA,**

   *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Rather than filing objections to the Report and Recommendation, Plaintiff has filed a notice of appeal of this non-final order to the Eleventh Circuit. ECF No. 9. Notwithstanding Plaintiff's appeal of this non-final order, this Court is not divested of jurisdiction. Accordingly, upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** to Plaintiff's refiling this case if he simultaneously

submits the filing fee." The Clerk is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g) and close the file.

**SO ORDERED on February 13, 2023.**

s/Mark E. Walker             
**Chief United States District Judge**
